IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Lawrence A | Case Number: 06 B 05936 |
| Thomas-Williams, Juanita A | Judge: Goldgar, A. Benjamin |
| Printed: 5/13/08 | Filed: 5/23/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 19, 2008
Confirmed: August 1, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,651.49 | |
| Secured: | | 7,803.68 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,300.00 |
| Trustee Fee: | | 541.64 |
| Other Funds: | | 6.17 |
| Totals: | 10,651.49 | 10,651.49 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nicole G Lawson | Administrative | 2,300.00 | 2,300.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 1,015.00 | 253.80 |
| 5. | Capital One Auto Finance | Secured | 18,000.00 | 7,549.88 |
| 6. | CitiMortgage Inc | Secured | 3,362.47 | 0.00 |
| 7. | General Motors Acceptance Corp | Unsecured | 2,175.83 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 264.02 | 0.00 |
| 9. | Shurgard Of Dolton | Unsecured | 218.20 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 6,133.59 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 854.73 | 0.00 |
| 12. | St Margaret Mercy Hospital | Unsecured | 1,383.97 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 285.00 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 253.15 | 0.00 |
| 15. | Capital One | Unsecured | 255.33 | 0.00 |
| 16. | Capital One | Unsecured | 223.24 | 0.00 |
| 17. | Monterey Financial Services | Unsecured | 187.38 | 0.00 |
| 18. | Richard P Komyatte & Assoc | Unsecured | 60.42 | 0.00 |
| 19. | Nicor Gas | Unsecured | 319.27 | 0.00 |
| 20. | General Motors Acceptance Corp | Unsecured | 2,447.78 | 0.00 |
| 21. | Apple Credit Bank | Unsecured | | No Claim Filed |
| 22. | Credit Protection Association | Unsecured | | No Claim Filed |
| 23. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 24. | Asset Acceptance | Unsecured | | No Claim Filed |
| 25. | GMAC Mortgage Corporation | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Lawrence A | Case Number: 06 B 05936 |
|---|---|---|
| | Thomas-Williams, Juanita A | Judge: Goldgar, A. Benjamin |
| | Printed: 5/13/08 | Filed: 5/23/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | | No Claim Filed |
| 27. | Cfc Deficiency Recover | Unsecured | | No Claim Filed |
| 28. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 29. | Credit Protection Association | Unsecured | | No Claim Filed |
| 30. | Merchants & Medical Credit | Unsecured | | No Claim Filed |
| 31. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 32. | Nicor Gas | Unsecured | | No Claim Filed |
| 33. | RMI/MCSI | Unsecured | | No Claim Filed |
| 34. | TNB Card | Unsecured | | No Claim Filed |
| 35. | RMI/MCSI | Unsecured | | No Claim Filed |
| 36. | TekCollect | Unsecured | | No Claim Filed |
| 37. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 38. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| | | | $ 39,739.38 | $ 10,103.68 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 94.04 |
| 4.8% | 205.50 |
| 5.4% | 242.10 |
| | $ 541.64 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

